| | |
|---|---|
| | Judge Ricardo S. Martinez |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                  ) | NO.  CR05-422RSM |
|              Plaintiff,          ) | |
|                                  ) | |
|         v.                       ) | |
|                                  ) | |
| ARTHUR JUSTIN LAKES,             ) | |
|                                  ) | ORDER CONTINUING |
|              Defendant.          ) | TRIAL DATE AND |
|                                  ) | PRETRIAL MOTIONS |
| _____) | DEADLINE |

THIS MATTER comes before the Court on a stipulated motion of the government and defendant ARTHUR JUSTIN LAKES to continue the trial date and the pretrial motions deadline.  Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice.  The case is complex involving twelve defendants, over three thousand pages of discovery, and hundreds of exhibits and audio recordings.

It is unreasonable to expect adequate preparation for trial before the current trial date of February 6, 2006.  The Court further finds that the interests of the public and the defendant in a speedy trial in this case are outweighed by the ends of justice.

IT IS NOW, THEREFORE, ORDERED that trial of defendant ARTHUR JUSTIN LAKES be continued to May 8, 2006, and that the time between the date of this Order and the new trial date be excludable time under the Speedy Trial Act pursuant to Title 18,

Order Continuing Trial and Motions
Deadline/Lakes, et al./CR05-422RSM –1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  United States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).

2      IT IS FURTHER ORDERED that pre-trial motions shall be filed on or before

3  April 3, 2006.

4      Dated this 24 day of January 2006

                                                    RICARDO S. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Presented by:

s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
(206) 553-2266, Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov
Washington State Bar #24300


s/ Robert Goldsmith
ROBERT GOLDSMITH
Attorney for Arthur Justin Lakes
Telephonically Approved January 18, 2006

Order Continuing Trial and Motions
Deadline/Lakes, et al./CR05-422RSM –2